UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FADI HADDAD,<br><br>　　　　　　　Petitioner,<br><br>　　　　v.<br><br>DEBBIE ASUNCION, Warden,<br><br>　　　　　　　Respondent. | Case No. 2:19-05883 AB (ADS)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DISMISSING CASE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Respondent's Answer, Petitioner's Reply, and all related filings, along with the Report and Recommendation of the assigned United States Magistrate Judge dated August 18, 2021 [Dkt. No. 35].

Finding no objections on file, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation [Dkt. No. 35] is accepted;

2. The Petition is denied and this case is dismissed with prejudice;

3. Judgment is to be entered accordingly.

DATED: September 21, 2021

_____
THE HONORABLE ANDRÉ BIROTTE JR.
United States District Judge