JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FADI HADDAD, | Case No. 2:19-05883 AB (ADS) |
| Petitioner, | |
| v. | JUDGMENT |
| DEBBIE ASUNCION, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge and Dismissing Case, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: September 21, 2021

THE HONORABLE ANDRÉ BIROTTE, JR.
United States District Judge